Order entered February 4, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00140-CV
No. 05-13-00141-CV
No. 05-13-00142-CV

## IN RE RENE ADOLPHO GUZMAN, Relator

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. C71-01677-N

## ORDER
Before Justices Moseley, Francis, and Fillmore

The Court has before it relator's petition for writ of mandamus. The Court requests that

real party in interest and respondent file any responses by February 14, 2013.

/s/    JIM MOSELEY
PRESIDING JUSTICE